IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-625-RJC-DCK

| | |
|---|---|
| ANTOINE FORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| FOOD LION, LLC, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant "Food Lion, LLC's Motion To Stay Pretrial Deadlines" (Document No. 22) filed January 8, 2013; "Plaintiff's Motion To Compel Deposition" (Document No. 25) filed January 10, 2013; and "Plaintiff's Motion To Compel Production Of Documents And Tangible Things" (Document No. 26) filed January 10, 2013. These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motions and the record, the undersigned will <u>grant</u> Defendant's motion, and <u>deny</u> Plaintiff's motions without prejudice to re-file at a later date.

Defendant Food Lion, LLC seeks to stay the pretrial deadlines in this case pending the Court's resolution of "Food Lion, LLC's Motion To Enforce Settlement" (Document No. 23) filed January 9, 2013. (Document No. 22). Defendant contends that the parties reached a settlement agreement through their respective counsel on or about December 17, 2012. The undersigned observes that Plaintiff's response to "Food Lion, LLC's Motion To Enforce Settlement" (Document No. 23) is due by January 28, 2013, and that the current discovery

deadline in this case is January 22, 2013.  Moreover, "Plaintiff's Motion To Compel Deposition" (Document No. 25) seeks to compel Defendant's attendance at a deposition on January 16, 2013.

Under these circumstances, the undersigned finds that immediate disposition of these pending motions is appropriate.  Although the undersigned expresses no opinion as to the merit of "Food Lion, LLC's Motion To Enforce Settlement" (Document No. 23), judicial economy and efficient case management support Defendant's position that other case deadlines should be stayed pending resolution of the "…Motion To Enforce Settlement."

**IT IS, THEREFORE, ORDERED** that Defendant "Food Lion, LLC's Motion To Stay Pretrial Deadlines" (Document No. 22) is **GRANTED**.  The deadlines for the completion of discovery and the filing of dispositive motions are **STAYED** until otherwise ordered by the Court.

**IT IS FURTHER ORDERED** that "Plaintiff's Motion To Compel Deposition" (Document No. 25) is **DENIED WITHOUT PREJUDICE**.  Plaintiff may re-file a motion to compel Defendant's deposition, if necessary, after the discovery deadline has been re-set.

**IT IS FURTHER ORDERED** that "Plaintiff's Motion To Compel Production Of Documents And Tangible Things" (Document No. 26) is **DENIED WITHOUT PREJUDICE**. Plaintiff may also re-file this motion to compel, if necessary, after the discovery deadline has been re-set.

**SO ORDERED**.

Signed: January 11, 2013

David C. Keesler
United States Magistrate Judge